United States District Court
Middle District of Florida

Andrew Kowalczyk, | Case No:
        Plaintiff.

        v.

Thomas Jacobs;                    Civil
John Doe's 1-2.                    Complaint
        Defendants
                                  Jury Trial
                                  Demanded

        I.  Parties

① Plaintiff: Andrew Kowalczyk
incarcerated at USP Coleman II,
846 NE 54th Ter. Coleman, FL 33521.
Mailing address is: Name, 39532086, P.O Box
1034; Coleman FL 33521 USP Coleman II

② Defendants: Thomas Jacobs is an
Attorney located at 271 N. Stone Ave,
Tucson, Arizona 85701.

③ John Doe's 1-2

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL
2023 JUL 28  PM 3:17
FILED

## II Venue and Jurisdiction

(4) Plaintiff Currently resides in Middle District of Florida and part of the events describe have occured and continue to occur in this Jurisdiction. Thus Venue is proper in this Court, 28 USC § 1391. Jurisdiction under 28 USC § 1331

## III. Nature of Claims

(5) Tort, Malpractice, Breach of Contract, intentional infliction of Emotional Distress, Neglegence, Breach of Doty, libel-Slander, Violation of Constitutional Rights, Fraud, Conspiracy against Rights,

2



# IV. Complaints

(6) In 2018 Thomas Jacobs (Jacobs) was considered to be attorney for Criminal Appeal to Case 3:08-CR-0095-MO, D.OR. In the Ninth Circuit Case # 19-30216.

(7) Andrew Kowalczyk declined to sign the retainer agreement of $20,500.00 do to Jacobs lying. During this negotiation time Jacobs was informed that Kowalczyk has severe conflicts with John Kowalczyk (John) and Jacobs is to have as little communication with John as possible. John was around 76 yrs old at the time.

(8) However Jacobs defied Kowalczyk and had alot of communication with John, even Jacobs allowing or agreeing to John that John can edit and add content to appeal brief. Jacobs played

3

the "goodguy" twards John and
Swindled John into giving him
the $20,500.00 retainer. At
the time Kowalczyk was going
through sentencing phase of case
was Represented by a Mr. Sepp.
Jacobs acted twards Kowalczyk
as he was goin represent him
on appeal and a different
contract would be made,
as the contract was being
written 'alot of case file was
sent to Jacobs. Jacobs told Mr. Sepp
that he was retained by John Kowalczyk as
an Consultant, which is not true. Not authorized by
                                                        Kowalczyk
(9) Many bad events occured to
    Kowalczyk after sentencing
    Sept 9, 2019. Kowalczyk had
    a denial of access to Courts
    after being sent to USP Tucson, BOP
    prison. Also, trouble/hindering with
    communicating with attorneys.
    Thus, the court of appeals
    wrongfully put Kowalczyk as
    Prose, then later appointed
    an attorney when BOP
    was preventing communications

4

(10) That attorney was Ms. Grasser, who attempted to Rail road Kowalczyks Opening Brief with our his input. Kowalczyk worked as hybrid counsel 13 years and over 25,000 hours of work in District court on case now on Appeal, and wrote the material used for the Appeal.

(11) Ms. Grasser filed a bad/losing appeal brief even though she was told Kowalczyk was hiring a private attorney and in middle of negotiations. That coerced Kowalczyk into hiring and signing Contract immediately with Jacobs, so the brief could be stricken.

(12) The contract (Attachment 1) was edited, but contained a provision in there that the $20,500 retainer was earned upon signing, which it wasn't. Jacobs was to learn around 1,400 pages of material related to appeal and didn't for that money,

5

Still to this day, Jacobs does not
Know the facts correctly.

(13) At USP Tucson staff and some
inmate were abusing and violating
Kowalczyk's rights severly. It
was causing severe denial access
to Courts and attorney. Kowalczyk
followed ~~proceed~~ procedures and
filed complaints to BOP, staff
retaliated. Kowalczyk drafted
Prose complaints for civil Rights
violations on USP Tucson, staff
launched a campaign of harressment
and kept throwing Kowalczyk in/out
of SHU and throwing away
the complaints and evidence
written against them. It
escalated to severe assualts and
solicitating inmates to kill & Rape
Kowalczyk and put them in cell
with Kowalczyk.

(14) Kowalczyk needed emergency help
and John agreed to hire an
attorney. John got Jacobs to
agree to do the Civil Rights
complaint and emergency injunctions

6

Kowalczyk disagreed to it as Jacobs had no experience. Jacobs made many verbal agreements and broke them, including when signing the contract to Criminal Appeal in February that Jacobs was to have as little communication with John and was notified of conflicts with John, was told that ~~[redacted]~~ Kowalczyk does not even like John, and John has long history of negatively interfering with Kowalczyks legal matter. The prior attorney hired on civil matter, Mr. Ewing withdrew do to Johns conflicts of control over the legal matters.

(15) Kowalczyk agreed to have Jacobs do complaint and emergency injunction, then Kowalczyk was to take over case Prose. John stated he hired Jacobs do to quick ability to do work. However, Jacobs did not do work quick.

7 | Jacobs also was communicating

with John alot and taking direction
from him in breach of his agree-
ment with Kowalczyk. Jacobs filed
a Complaint and TRO in late July.
In the mean time Kowalczyk was
raped. Kowalczyk has a wealthy
knowledge of prisoner Civil Rights
and how to stop staff abuse.
He told Jacobs and John who
said they'd follow Kowalczyk's
directions, what to do, but they
began not to.

(16) One thing in particular, Kowalczyk
insisted monetary damages were
claimed, this is done in prison
Civil Rights cases to prevent prison
from shipping the complaintant
to other prison to make it moot.
Kowalczyk screamed over phone to
not not include that, Jacobs sadisticly
said he's following John because
John was paying. However
Kowalczyk was truely paying –
more on this later.

(17) The Complaint and TRO aka

8

was written horrably, malpractice.
Claims made for relief that Kowalczyk
did not even want, it was conclusory,
vague and because so (and other
incompetencies) it was all most
all dismissed. Further, Jacobs
kept asking court for extenrious to
amend TRO and/or Complaint.
Which the court took as there
was no emergency as part
of reason to deny the emergency
injunction (TRO). Meanwhile,
Kowalczyk was beeing assaulted
with serious injuries, had his
tendons torn in shoulders, while
it was filmed — Jacobs never
obtained this recorded video
despite Kowalczyk's demands to.
Kowalczyk was being severely tortured.

(18) In ~~aug~~ August 2020 Kowalczyk
fired Jacobs from Civil Case
mentioned above 4:20-CV-00310 JGZ
(D.AZ). In fact, Jacobs was never
hired, had no contract with
Kowalczyk for this case. Despite
being fired, Jacobs continued on

9

the civil case. He was hostile and
un helpful, e.g. Kowalczyk asked
Jacobs to contact his Mother to
see if she was getting his mail as
legal mail was not being delivered.
Jacobs refused.

(19) Jacobs was given $36,000.00 for
retainer in Criminal Appeal which
States. So in contract, with specific
provisions that Jacobs is to get
paid for certain events to occur
First and had Kowalczyk having
to approve before John paid
Jacobs as gaurenteer. It
was later learned Jacobs
took this money to pay
hourly wages he billed for
the civil Rights case there's
no contract for and he
was fired for to make sure
he knew he was not to
represent Kowalczyk on the
case.

(20) Jacobs kept swindling John out
of money, using his kindness

10

and emergency needs for Kowalczyk to
get John to Ray. Kowalczyk notified
the Court Jacobs is not authorized to
be on the case, Jacobs refused
to withdraw and played an
Johns dementia like behavior.
Jacobs kept doing incompetent work,
Kowalczyk found Jacobs was taking
the entire $36,000 for the criminal
appeal. Do to no injunction and
all 8th, 1st admendment violation
dismissed and Jacobs not fixing
his malpractice and refiling,
Kowalczyk kept enduring severe
abuse.

(21) It got so bad, Kowalczyk started
attempting suicide to excape abuse,
he began cutting him self. Around
6 suicide attempts were done
Sept- Dec. 2020. Jacobs caused
extreme emotional distress which
contributed to the suicide attempts
and self mutilation, Kowalczyk
was even being sent to an active
yard where he cannot be and

highly likely to get killed for being a
sex offender. Jacobs continued on
case around 6 months, taking
even more then the $36,000.00,
Jacobs refuses to provide the billing
to Kowalczyk. Jacobs Fraudulently
signed documents and filed
submissions to Courts without
Kowalczyks permission to represent
him.

the research retaliation

(22) Jacobs could not even stop a
incorrect method of transport, where
Kowalczyk was severly assaulted by
corrections officers. Kowalczyk has
endured further tendon tears, fractured
ribs, nerve damage and lots of
lacerations and scaring, du te Jacobs
not doing competent work. Kowalczyk
had to threaten Suicide again to
get Jacobs off the civil case.

(23) Jacobs never transfered case file
so Kowalczyk could continue adequately
Prose on the case. Part of Jacobs
duties in the Criminal Appeal is

12

to make sure client Rights are not
violated and they're able to access
court and communicate adequaltly with
attorney, the criminal Appeal
contract is flat fee, yet this
all this should have been included.
Yet, Jacobs charged John for
it and John paid, which
further breached contract.

(24) Kowalczyk kept getting transfered
from USP to USP. John then
began taking Kowalczyks $650
month money that is in an
agreement to do, and paying
Jacobs for phone calls with
Kowalczyh, when again that
was to be included in flat
fee agreements in signed
contracts. Jacobs has
been and continues to communicate
with John even more then
he does with Kowalczyh
despite close to 100 demands
Jacobs not do so and stating
Jacobs - John is creating 3rd
party conflicts.

13

(25) Jacobs kept taking direction from
John on Kowalczyk's legal matters
that were adverse to Kowalczyk.
In Kowalczyk objection and orders
not too.

(26) Jacobs agreed to do work on
appeal one argument at a time
to Kowalczyk, to complete
impound inventory first and is to
get paid for each upon completion.
At Terre Haute in August
Kowalczyk went over a
document 868 for 4 days
with everything Jacobs needed
to do and Jacobs agreed to
do. But he never has.

(27) Jacobs has undiligently,
incompetently done work
on appeal and the Court
not giving no more deadlines.
He's done deficient extension
requests. He lies
to Kowalczyk frequently
and commits ethical violations.

14

(28) Jacobs slanders and libels me, calling me names I'm not. He hangs up on me when I'm trying to speak of very urgent important things.

(29) He causes me severe emotional distress by the above. He illegaly uses John to act as an attorney and do work on my legal issues, I've been in many life or death situations and Jacobs refuses to do what I ask to help.

(30) Jacobs has allowed many crimes committed against me and does not report them to proper law enforcement as I demand he does. He is thus an accomplice as the crimes keep occurring to me in these USP BOP prisons.

(31) He has been informed of the

15

following crimes against me;
Attempted Murder, Conspiracy to
Murder(s) Rape, attempted Rapes,
thefts, Grand larceny (around
$25,000.00), harrasment, menacing,
serious assaults (dozens), coercion,
conspiracy against rights, Fraud.

(32) In fact, Jacobs has committed
Conspiracy against rights on me
under 18 USC Chapter 13 §241,
fraud, forgery, breach of
contract.

(33) Jacobs has destroyed work
product that proves the above
that was paid for, e.g.
recorded phone calls from
2020 to current date.

(34) He's with holding winning arguments
on my direct appeal to
intentionally cause me loss,
to cause me 220 years in
prison when I should only
get 30.

16

104

(35) ① Jacobs intentionally tries to get me to breach the contract so he can get paid for past work and void flat fee agreements in contract. He intentionaly uses the abuse of Rights violations at Prisons and Let's them happen to try and cause me to breach the contract.

(36) ① Jacobs is going to cause me to be falsely convicted by losing the appeal. He's been told to withdraw over 6 months and do so not adversly to me, yet refuses to, as he did in civil case.

(37) He intentionaly antagonizes me on phone to create emotional distress, I ask him to stop and he still does, immediately after I ask him to stop.

17

38) Jacobs lies to me that he sent mail, he and his staff Lisa falsely accuse me of lying when I dont, e.g. of recieving mail. He has allowed my character ruined in Court when I have evidence to show the other party is lying, he refuses to file it

39) He has fraudulently charged and accepted money of mine through John. He charges for phone calls that are to be included in flat fee costs.

40) Mr Jacobs violates my rights to Attorney of Choice under 6th Admendment, by saying he'll withdraw and only giving option of me going prose or court appointed, he tells me he's going to Move for one of these in my objection.

18  41) Jacobs has wasted 3 years of time

to file my Opening Brief on
my Appeal and the Court not
giving any more extentions,
I need to hire new attorney
and they have time, ~~[scribbled out]~~
Kowalczyh has money to hire
another, Jacobs was asked
to withdraw with no adverse
things occuring to Kowalczyh, but
Jacobs has caused and allowed
many, which is violation of
Bar Rules. Jacobs violated Bar
rules on diligence, competancy,
conflicts and more.

(42) In a phone call in July 2023,
Kowalczyh asked Jacobs are
you doing and allowing malicous
acts on me and Jacobs replied
"yes".

In another call Jacobs was
intentionaly antagonizing Kowalczyh
while his staff laughed in
background. Jacobs does this
to hang up phone call. He's
abusive, tries to treat Kowalczyh
as a slave.

19

## Requested Relief

① Monetary Damages:
   $30,000,000.00

② Injunctive Relief:
   Return of money, withdraw from
   case, help find attorney by providing
   addresses to Bars referal, do not file deficient
                                          Brief in 9th
③ Whatever else Court                          Cir.
   deems needed.


_7/18/23_  Andrew Kowalczyk
Date       Andrew Kowalczyk
                    Prose

Re to: USP Coleman II
       Andrew Kowalczyk
       39532086
       P.O. Box 1034
       Coleman, FL 33521

Pg 20 of 20